**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | )   No. 2:08-CR-00190 |
| | ) |
| ARMAND GOUDREAU | ) |

**MOTION TO CONTINUE**

NOW COMES the Defendant, by and through undersigned counsel, and moves to continue the Sentencing date of July 30, 2024 until on or after October 15, 2024, as follows:

1. The Defendant is currently incarcerated at Strafford County House of Corrections, awaiting revocation of supervised release hearing scheduled for July 30, 2024.

2. The Defendant has been incarcerated since February 22, 2024.

3. Recently, upon his own request, and upon judicial recommendation, the Defendant was accepted into the TC (Therapeutic Community) Program at Strafford. The Defendant began his treatment on or about July 16, 2024.

4. The program runs is Monday to Friday from 7:30 a.m. until 7:30 p.m. It involves multiple groups, one on one counseling, and even mandatory yoga. The 15 participants are segregated into a separate unit.

5. The Defendant would like to complete this program before his sentencing. He like being surrounded by others in recovery.

6. The Defendant's scheduled date of completion is 10/15/2024. By that time the Defendant will have served approximately eight months.

7. The Defendant's sentencing guide range is 8 to 14 months.

8. The Defendant is benefiting by this treatment program because it will aid his long-term sobriety.

9. AUSA Shira Furman has/has no objection to this motion.

Dated: July 22, 2024                    **/s/ Robert A. Levine**
                                        Robert A. Levine, Esq.
                                        Bar #3845
                                        Attorney for Defendant
                                        17 South Street
                                        Portland, ME   04101
                                        (207) 871-0036

1

2

## CERTIFICATE OF SERVICE

I hereby certify that I have today filed the foregoing using the CM/ECF system, which will cause a copy to be sent to all counsel of record.

Dated: July 22, 2024  /s/ **_Robert A. Levine_**
Robert A. Levine, Esq.
Bar #3845
Attorney for Defendant
17 South Street
Portland, ME  04101
(207) 871-0036